Law Office of Eric Ollason
Attorney at Law
182 North Court
Tucson, Arizona 85701
Telephone (520) 791-2707
PCC No. 4349
SBA # 014860

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

**ARMANDO V DEGUZMAN and PATRICIA DEGUZMAN,**

Debtors.

In proceedings under Chapter 11

No. 4:18-bk-12649-SHG

**VERIFIED STATEMENT AND DISCLOSURE OF ERIC OLLASON**

STATE OF ARIZONA )
                 )ss.
COUNTY OF PIMA   )

On January 8, 2019, Eric Ollason, the proposed attorney for the Debtors, filed an Application for Employment in the above-referenced bankruptcy matter. Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, the undersigned proposed co-counsel for Debtors, respectfully submits this Verified Statement.

1. I, Eric Ollason, have been retained by the Debtors in the above-referenced bankruptcy case to act as counsel for the Debtors.

2. I am an attorney at law duly admitted to practice in the State of Arizona.

3. To the best of my knowledge, I have no prior connection with the Debtor, its creditors, the United States Trustee, or any other party in interest herein, or their respective attorneys except as set forth herein and will exercise independent judgment in providing services on behalf of the Debtors.

4. I have been retained by the Debtors under a general retainer for purposes of representing the Debtors in connection with this and any related proceedings. I received the sum of $10,000.00 as a retainer, which

-1-

includes the filing fee. $10,000.00 was billed against the retainer and paid for filing the case as well as work performed in connection the Debtors' Chapter 11 filings. Mr. Ollason will continue to hold the retainer balance in his client trust account until this court enters an order approving of such Mr. Ollason's postpetition fees and expenses.

5. The compensation promised to be paid to Eric Ollason for services to be rendered on behalf of the Debtors includes reimbursement of all costs incurred and advanced and payment for services provided at the hourly rates in effect when the work was performed. Those current hourly rates are:

| | |
|---|---|
| Eric Ollason | $ 275.00 |
| Paralegal | $ 75.00 to $150.00 |

6. No agreement or understanding in any form or guise exists between the Affiant and any other person for a division of compensation rendered in or in connection with this Chapter 11 case, and no such division of compensation prohibited by 11 U.S.C. § 504 will be made.

7. Subject to the approval of this Court upon appropriate application therefore, the Law Offices of Eric Ollason intends to bill for its legal services in this case in accordance with its usual practice, applying the customary hourly rates for matters of this type, and charging for all disbursements and expenses customarily billed to its clients and necessarily incurred.

8. I neither hold or represent any interests or entities adverse to the Debtors' estate.

_____
Eric Ollason
Attorney at Law

SUBSCRIBED AND SWORN before me this 8th day of January, 2019, by Eric Ollason.

_____
Notary Public

My Commission Expires: 12/18/2022



Notary Public State of Arizona
Pima County
Rose S Chacon
My Commission Expires 12/18/2022
Commission Number 558488