Stephen Q. Wood (12403)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
60 East South Temple, Suite 500
Salt Lake City, Utah 84111
Telephone: (801) 515-7300
stephenwood@quinnemanuel.com
*Attorneys for Plaintiff Michael J. FitzGibbons*

IN THE THIRD JUDICIAL DISTRICT COURT

IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| MICHAEL J. FITZGIBBONS, as Receiver for The X-1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO DEGUZMAN, an individual; PATRICIA DEGUZMAN, an individual; and JOHN DOES 1-20.<br><br>Defendants. | **JUDGMENT**<br><br><br>Case No. 180905881<br><br>Judge: Barry Lawrence |

Plaintiff Michael J. FitzGibbons, as Receiver for the X-1, LLC ("X-1") and Defendants Armando DeGuzman and Patricia DeGuzman have stipulated to the entry of judgment in this case. NOW, THEREFORE, pursuant to Rule 58A of the Utah Rules of Civil Procedure, the Court now enters the following judgment in final resolution of all claims and disputes in this matter and hereby ORDERS:

1. The Receiver is awarded judgment against Defendants Armando DeGuzman and Patricia DeGuzman, jointly and severally, in the amount of five hundred fifty thousand dollars ($550,000.00) plus post-judgment interest from the date of entry of this judgment at the legal rate interest of 1.53% pursuant to Utah Code Section 15-1-4;

2.  This Judgment is voluntarily given as a part of the settlement agreement between the parties, dated June __, 2020 filed in the Arizona Superior Court for Maricopa County in the action titled *State of Arizona v. Unkefer, et al*, cause number CV2014-006765. The Defendants agree that this Judgment is considered a non-dischargeable judgment pursuant to 11 U.S.C. §§ 523(a)(2) and (6) (United States Bankruptcy Code).

3.  In the event that the Defendants file any subsequent bankruptcy after the bankruptcy filed in the District of Arizona, Case Number 4:18-bk-12649 SHG, the debt granted through this Judgment will not be dischargeable under any circumstances.

**\*\*Executed and entered by the Court as indicated by the date
and seal at the top of the first page\*\***