Recorded at the request of:
Michael J. FitzGibbons,
as Receiver for Mango Trust and all of its entities,
9821 N. 95th Street
Suite 105
Scottsdale, AZ 85258

Space above this line for Recorder's Use

Exempt Under A.R.S. 11-1134-A (5)

## QUITCLAIM DEED

For the consideration of Ten Dollars, and other valuable considerations, we,

**Armando DeGuzman and Patricia DeGuzman, husband and wife,**

hereby quitclaim to:

**Michael J. FitzGibbons, as Receiver for Mango Trust and all of its entities, Superior Court of the State of Arizona, in and for the County of Maricopa, Case No. CV2014-006765,**

all rights, title, or interest in the following real property located in **SANTA CRUZ** County, Arizona:

Lot 5, TUBAC RIO CRUZ, subdivision of Santa Cruz County, Arizona, as Recorded in the Office of the County Recorder in Book 4 of Maps, page 101.

A.P.N.: 111-32-025

Dated: ~~May~~ July 9, 2020

Grantors:

_____
Armando DeGuzman

_____
Patricia DeGuzman

State of Arizona

County of PIMA

The foregoing document was acknowledged before me this 9th day of ~~May~~ July, 2020, by Armando DeGuzman and Patricia DeGuzman.

(Seal)

Notary Public State of Arizona
Pima County
Rose S Chacon
My Commission Expires 12/18/2022
Commission Number 556488

_____
Notary Public